# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADAM CRANMORE, Individually and as Personal Representative of the Estate of FLOYD S. CRANMORE, a/k/a "FLOYD CRANMORE, Sr." and FLOYD W. CRANMORE,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL A. REEL, M.D.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.   CIV-20-413-SPS<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

Having discussed with counsel their need for adequate discovery time, the complexity of the legal issues involved herein, and their caseloads, the court enters the following agreed upon Scheduling Order:

1. 03/26/21     Joinder of **Additional Parties or Amendments** to the Pleadings

2. 09/24/21     Exchange and File **Witness List and Exhibit List**

3. 10/25/21     **Discovery** Completed

4. 11/08/21     All **Dispositive Motions** Filed

5. 11/08/21     **Motions in Limine** Filed

6. 11/26/21     Exchange All **Trial Exhibits** including Demonstrative Exhibits and **Requested Jury Instructions**

7. 12/03/21     **Agreed Pretrial Order** Submitted     *(Judge Shreder's form with instructions are available on the Court's website at www.oked.uscourts.gov )*

8. 12/03/21     **Agreed Jury Instructions and Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law (Non-Jury), Disputed Jury Instructions (Included in Trial Brief) and Trial Briefs** Filed

9. 12/10/21     **PRETRIAL CONFERENCE AT 10:00 A.M.**

10. 12/21/21     **TRIAL DATE: [   ] JURY at 9:00 a.m.     [X] NON-JURY at 9:00 a.m.**

11. 4 days     ESTIMATED TRIAL TIME.

**IT IS THE FURTHER ORDER OF THE COURT** that the parties comply with the disclosure requirement and attendant deadlines established by Federal Rule Civil Procedure 26, unless otherwise modified by this order.

**IT IS THE FURTHER ORDER OF THE COURT** that all cases scheduled for jury trial will be set for a settlement conference before a District Judge or Magistrate Judge.

**IT IS THE FURTHER ORDER OF THE COURT** that all parties are bound by this order, that no date will be changed except by written order of this court for good cause shown, and sanctions will be imposed for failure to comply with the discretions of this order.

**IT IS THE FURTHER ORDER OF THE COURT** that the Scheduling Conference set 1/15/2020 at 10:00 a.m. is hereby STRICKEN.

**IT IS SO ORDERED** this 13th day of January, 2021.

Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma